# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE IBEW LOCAL 351 PENSION FUND; IBEW LOCAL 351 SURETY FUND; IBEW LOCAL 351 WELFARE FUND; IBEW LOCAL 351 JOINT APPRENTICESHIP AND TRAINING COMMITTEE; SOUTH JERSEY ELECTRICAL WORKERS TEMPORARY DISABILITY FUND for and on behalf of themselves and said FUNDS; and IBEW LOCAL UNION NO. 351, <br><br> Plaintiffs, <br><br> v. <br><br> GREENLITE NETWORKS, INC., <br><br> Defendant. | Civil Action No. 17-2282-BRM-TJB <br><br> **ORDER AND JUDGMENT** |

**THIS MATTER** is opened to the Court on the filing of a Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) (ECF No. 8) against Defendant Greenlite Networks, Inc. ("Greenlite") by Plaintiffs Trustees of the IBEW Local 351 Pension Fund, IBEW Local 351 Surety Fund, IBEW Local 351 Welfare Fund, IBEW Local 351 Joint Apprenticeship and Training Committee, South Jersey Electrical Workers Temporary Disability Fund for and on behalf of themselves and said Funds, and IBEW Local Union No. 351 ("Plaintiffs"). Having reviewed Plaintiffs' submissions in connection with the Motion pursuant to Federal Rule of Civil Procedure 78(b), the Court finds service of the Summons and Complaint were properly effectuated with respect to Donald McArthy, default was duly noted by the Clerk of the Court against Donald McArthy for its failure to plead or otherwise defend in this action, and the unchallenged facts constitute a legitimate cause of action.

Accordingly, and for good cause shown,

**IT IS** on this 29th day of March 2018,

**ORDERED** that Plaintiffs' Motion for Default Judgment is **GRANTED**; and it is further

**ORDERED** that judgment be **ENTERED** against Greenlite in the amount of $7529.17, which is inclusive of interest, liquidated damages, and attorney's fees.

_____
**HON. BRIAN R. MARTINOTTI**
**UNITED STATE DISTRICT JUDGE**